

250 Park Ave, 7th floor Suite # 7002, New York NY 10177 | Phone: (845)306-7867, Fax: (212)273-4303
www.kelleykronenberg.com

December 29, 2023

**By ECF Only**
Hon. Judge Lorna G. Schofield
United States District Court
Southern District Of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application **DENIED** as moot. The amended case management plan at Dkt. 13 rescheduled the January 3, 2024, pre-motion conference to March 20, 2024, at 4:00 P.M.
>
> Dated: January 2, 2024
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: KARIM V. J.B. HUNT TRANSPORT, INC., ET. AL.
Civil Action No.: 1:23-CV-03978-LGS

To the Honorable Judge Schofield:

We represent defendants J.B. Hunt Transport Services, Inc. and Russell Anthony Elcock in the above-referenced matter. In accordance with Your Honor's Rules, we respectfully request that the Telephonic Pre-Motion Conference, presently scheduled for January 3, 2024, be adjourned until January 13, 2024 or a date thereafter that is convenient for the Court. This request for a brief adjournment is made because private mediation is scheduled for January 8, 2024, and the parties jointly seek an adjournment after mediation. We are not aware of any prior requests for adjournments.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

KELLEY KRONENBERG

Heather C. Ragone

ROBERT A. FLASTER, PC

Manuel D. Perez